IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 15-cr-00485-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    ERICA GODOY,

    Defendant.

## ORDER

THIS MATTER comes before the Court on the Government's Motion to Disclose Grand Jury Material to Defendant (Doc. #11), pursuant to Fed. R. Crim. P. 6(e)(3)(E)(I).

HAVING REVIEWED the motion and being otherwise advised in the premises, the Court finds that good and sufficient cause supports the same, and it is therefore

ORDERED that the Government's Motion (Doc. #11) is granted, and that Grand Jury testimony and Grand Jury exhibits may be disclosed to the Defendant and the Defendant's attorney in the course of discovery in this case.   It is

FURTHER ORDERED that such materials shall only be used in defending this case; that such materials shall be disclosed only to the Defendant and counsel for the Defendant; that the Defendant's attorney shall maintain custody of such materials, and shall not reproduce or

disseminate the same; and that such materials shall be returned to the United States at the end of the case.

DATED January 15, 2016

BY THE COURT:

_____
JUDGE CHRISTINE M. ARGUELLO
United States District Judge