**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Criminal Case No. 15-cr-00485-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ERICA GODOY,

    Defendant.

---

ORDER DENYING DEFENDANT'S REQUEST TO RESET CHANGE OF PLEA HEARING

---

This matter comes before the Court on Defendant's Notice of Disposition and request that the change of plea hearing set for February 18, 2016, be reset until sometimes after March 1, 2016 (Doc. #14).

In order to maintain control on the Court's active trial docket, the Court has developed detailed Criminal Practice Standards regarding scheduling of trial, final trial preparation conference, and change of plea hearings. Counsel is expected to become familiar with the Court's Practice Standards.

According to the Discovery Order issued in this case, the speedy trial clock in this matter was set to expire on March 2, 2016. As a result, the Court set this case for trial on February 22, 2016, with the Final Trial Preparation Conference/Change of Plea Hearing scheduled for February 9, 2016. On January 12, 2016, Defendant filed an Unopposed Motion for Extension of Time to File Motions, in which Defendant requested a 30-day extension to file motions or a notice of disposition. On January 13, 2016, this

Court granted Defendant's Motion and reset the Final Trial Preparation Conference/Change of Plea Hearing to February 18, 2016.  Defendant's Notice of Disposition was filed on February 1, 2016, 17 days before the date set for the Final Trial Preparation Conference/Change of Plea Hearing.  The Court acknowledges that a Notice of Disposition tolls the speedy trial clock, and that in this case 36 days remains on the speedy trial clock.  However, speedy trial limitations require that the dates set in criminal matters take precedence over any other business, including the Court's civil docket. Therefore, while it may appear to be a simple matter to reschedule a change of plea date, until the plea of guilty is accepted there is the possibility that the Defendant will refuse to proceed with her plea of guilty, which would require that the Court cram a trial into a 36-day calendar.  As a result, havoc is wreaked on the ability of this Court to control its docket to ensure that both civil and criminal matters are heard in a timely and efficient manner.

The Court recognizes that there are times that circumstances justify the rescheduling of a change of plea hearing, this is not such a case.  The possibility that Ms. Godoy's mother, who also helps take care of Ms. Godoy's child, MAY require surgery and that such surgery will LIKELY be in mid-February is not a sufficient justification to vacate the change of plea hearing date which has been scheduled since January 13, 2016.  That being said, the Court is willing to reschedule Ms. Godoy's change of plea hearing on the date it was originally schedules, February 9, 2016 at 9:00 a.m.  In the alternative, the Court will reschedule the change of plea hearing at any available time either this week or next week.   It is therefore

ORDERED that Defendant's request that the change of plea hearing set for February 18, 2016, be reset until sometimes after March 1, 2016 is denied.

The change of plea hearing currently set for February 18, 2016, will remain as scheduled, and will not be vacated unless counsel has contacted Chambers at arguello_chambers@cod.uscourts.gov on or before February 3, 2016, noon, to set this matter for an earlier change of plea hearing.

DATED: February 2, 2016

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge